

Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

_____STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| _____ | ) |
| | ) |
| | ) |
| SHOWTIME ENTERTAINMENT LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MIKE AMMENDOLIA and LAWNEY | ) |
| TINIO, in their capacity as the | ) |
| Board of Selectmen of the | ) |
| Town of Mendon and as members | ) |
| of the Licensing Board | ) |
| of the Town of Mendon, and | ) |
| THE TOWN OF MENDON, | ) |
| | ) |
| Defendants | ) |
| _____ | ) |

**VERIFIED COMPLAINT AND JURY DEMAND**

INTRODUCTION

1.  This is a civil action for declaratory relief challenging the constitutionality of three sections of the Town of Mendon ("Mendon") zoning bylaws and one section of the Mendon town bylaws.  The plaintiff, Showtime Entertainment, LLC ("Showtime Entertainment"), the holder of an adult entertainment license, is challenging (a) the provisions in the Mendon zoning bylaws governing the issuance of special permits for adult entertainment establishments; (b) the portions of the Mendon zoning bylaws which single out and limit the size and height of buildings in which adult entertainment establishments are located; (c) the portion of the Mendon zoning bylaws which


Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

singles out and limits the hours of operation of adult entertainment establishments; and (d) the Mendon town bylaw which prohibits the serving of alcoholic beverages at adult entertainment establishments.

<p style="text-align:center">THE PARTIES</p>

2.   The plaintiff, Showtime Entertainment, is a Massachusetts corporation with a physical address of 49 Milford Street, Mendon, Massachusetts and a mailing address of 4 Oakland Terrace, Natick, Massachusetts.

3.   The defendant, Mendon, is a municipality established under the laws of the Commonwealth of Massachusetts with a usual place of business at Town Hall, 20 Main St., P.O. Box 2, Mendon, Massachusetts.

4.   The defendants, Mike Ammendolia and Lawney Tinio are the only members of the Mendon Select Board, ("the Board"), which also acts as Mendon's Licensing Board, and which has a usual place of business at Town Hall, 20 Main St., P.O. Box 2, Mendon, Massachusetts.

5.   Pursuant to Massachusetts General Laws, Chapter 231A §8 a copy of this complaint has been mailed to Martha Coakley, the Massachusetts Attorney General, 1 Ashburton Place, Boston, MA 02108-1698 by certified mail, return receipt requested.

PDF Complete
Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

## FACTS

### A. Mendon Creates An Adult Entertainment Overlay District

6. On May 2, 2008, the Town of Mendon adopted zoning bylaws to establish an Adult Entertainment Overlay District, consisting of four parcels on Milford Street.

7. Showtime Entertainment is located on one of the four parcels in the adult entertainment overlay district.

### B. Mendon Imposes Special Permit Requirements For Adult Entertainment Establishments In Its Zoning Bylaws

8. The Adult Entertainment Overlay District zoning bylaw, in addition to creating a specifically defined zone where adult entertainment establishments have to be located, also requires an adult entertainment establishment to obtain a special permit prior to operating. Exhibit A, Article V, Section 5.01(f).

9. The special permit provisions do not state that a special permit shall be granted, if certain narrow, objective and definite standards are met.

10. To the contrary, the decision whether to grant, or not grant, a special permit is wholly discretionary with the Select Board. Section 5.01(f) of Article V states that "[a]dult entertainment enterprises may be allowed in the Overlay District only by Special Permit granted by the Board of

Your complimentary
use period has ended.
Thank you for using
PDF Complete.

Click Here to upgrade to
Unlimited Pages and Expanded Features

added).   In addition, Section 5.01(f) does not set forth standards which the Select Board is required to follow in determining whether to grant a special permit.  See Exhibit A, Article V, Section 5.01(f)(i-viii).

11.  The unbridled discretion given to the Select Board in determining whether a special permit should be granted, and the lack of narrow, objective and definite standards to guide the Select Board in making that decision, are both constitutional deficiencies.

12.  These constitutional deficiencies are repeated in Section 5.01(g)(iii), which states that "[i]n approving a Special Permit, the Special Permit Granting Authority _may_ attach such conditions, limitations and safeguards _as_ _are_ _deemed_ _necessary_ _to_ _protect_ _the_ _immediate_ _area_ _and_ _the_ _Town..._" (emphasis added).


C.   Showtime Entertainment's Original Application For An Adult Entertainment License Was Denied

13.  On August 4, 2008, Showtime Entertainment filed an application under G.L. c. 140 §183A for an adult entertainment license to allow it to present nude dancing.  On October 1, 2008, the Board denied Showtime Entertainment's application. Showtime Entertainment filed a writ of certiorari in the Worcester Superior Court appealing that decision.  Mendon removed that case to the United States District Court, where it was then



Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

orcester Superior Court and is currently pending.

D.   Mendon Amends Its Adult Entertainment Overlay District Zoning Bylaws To Create New Restrictions

14. On October 7, 2008, shortly after Showtime Entertainment's application for an adult entertainment license, Mendon's zoning bylaws were amended to further regulate adult entertainment establishments.

15. Those zoning bylaw amendments:

a.   restricted adult entertainment businesses, (and adult entertainment businesses alone), to buildings no larger than 2,000 square feet in area "in keeping with the historically rural nature of the town and in consideration of traffic safety;" Exhibit A, Article V, Section 5.01 (i)(i);

b.   restricted adult entertainment businesses, (and adult entertainment businesses alone), to buildings with a "structural height" of no more than 14 feet; Id. Section 5.01 (i)(ii); and

c.   prohibited adult entertainment businesses, (and adult entertainment businesses alone), from opening earlier than 4:30 p.m. on days in which school is in session "in order to provide an opportunity to all elementary



Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to
Unlimited Pages and Expanded Features

finish student bus routes." <u>Id</u>. Section 5.01 (i)(iv).

16. No other type of commercial establishment in Mendon is similarly restricted in size, structure or hours of operation.

E.   <u>Mendon Amends Its Town Bylaws To Bar The Granting Of Liquor Licenses To, And The Drinking Of Alcoholic Beverages In, Adult Entertainment Establishments</u>

17. On October 7, 2008, Mendon's town bylaws were amended to (a) bar the granting of liquor licenses to adult entertainment establishments; and (b) prohibit patrons of adult entertainment establishments from bringing alcoholic beverages to such establishments.  The amendment is attached as Exhibit B, Chapter XXV.

18. On January 20, 2009, the Massachusetts Office of the Attorney General approved the bylaws, although it acknowledged that the provisions "were fairly debatable."  See <u>Letter of Assistant Attorney General Kelli E. Gunagen</u>, January 20, 2009, attached as Exhibit C.

F.   <u>Showtime Entertainment Has Obtained An Adult Entertainment License</u>

19. Showtime Entertainment filed another application for an adult entertainment license on February 26, 2010.  That application, which complied with the size restrictions for adult

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

hments, was granted on May 3, 2010. A copy of the decision granting the license is attached as Exhibit D.

20. If the bylaws challenged in this lawsuit are declared to be unconstitutional, Showtime Entertainment intends to apply for an adult entertainment license to present entertainment in a building (a) larger than 2000 square feet and (b) higher than 14 feet. It will also open earlier on school days and apply for an alcoholic beverage license.

## CAUSES OF ACTION

21. Showtime Entertainment incorporates in each of the counts below the allegations contained in paragraphs 1 through 20 above.

## COUNT I

22. The special permit provisions, contained in Article V, Section 5.01(f) and Section 5.01(g), of the Mendon zoning bylaws, (a) constitute a prior restraint on protected expression, and (b) improperly give unbridled discretion to the permit granting authority to decide whether, and with what conditions, an adult entertainment establishment should be granted a special permit, in violation of the First and Fourteenth Amendments to the United States Constitution, art. 16 of the Declaration of

7


Your complimentary
use period has ended.
Thank you for using
PDF Complete.
Click Here to upgrade to
Unlimited Pages and Expanded Features

...setts Constitution, 42 U.S.C. §1983 and

G.L. c. 12 §11I.

23.   As a result of the above violations, Showtime Entertainment

      has suffered and continues to suffer injury and damages.

## COUNT II

24.   The special permit provisions contained   in    Article    V,

      Sections 5.01(f) and 5.01(g), of the Mendon zoning bylaws,

      fail to provide narrow, objective and definite standards to

      guide the permit granting     authority in deciding whether,

      and with what conditions, an adult entertainment establishment

      should be granted a special    permit, in violation of   the

      First    and Fourteenth Amendments to the United States

      Constitution, art. 16 of the Declaration of Rights of the

      Massachusetts Constitution, 42 U.S.C. §1983 and G.L. c. 12

      §11I.

25.   As a result of the above violations, Showtime Entertainment

      has suffered and continues to suffer injury and damages.

## COUNT III

26.   The provisions of the Mendon zoning bylaws restricting the

      square footage and height of a building in which an adult

      entertainment establishment is located, improperly single out

      adult entertainment establishments in violation of the   First

      and Fourteenth Amendments to the United States Constitution,



Your complimentary
use period has ended.
Thank you for using
PDF Complete.

Click Here to upgrade to
Unlimited Pages and Expanded Features

16 of the Declaration of    Rights  of the Massachusetts Constitution, and G.L. c. 12 §11I.

27.   As a result of the above violations, Showtime Entertainment has suffered and continues to suffer injury and damages.

## COUNT IV

28.   The provisions of the Mendon zoning bylaws restricting the square footage and height of buildings in which adult entertainment establishments are located do not meet a substantial governmental interest, in violation of the First and Fourteenth Amendments to the United States Constitution, 42 U.S.C. §1983, art. 16 of the Declaration of Rights of the Massachusetts Constitution and G.L. c. 12 §11I.

29.   As a result of the above violations, Showtime Entertainment has suffered and continues to suffer injury and damages.

## COUNT V

30.   The provisions of the Mendon zoning bylaw prohibiting an adult entertainment establishment from operating prior to 4:30 p.m. on days when school is in session, unconstitutionally single out adult entertainment establishments in violation of the First and   Fourteenth amendments to the United States Constitution,   42 U.S.C. §1983, art. 16 of the Declaration   of Rights of  the Massachusetts Constitution and G.L. c. 12 §11I.

Your complimentary
use period has ended.
Thank you for using
PDF Complete.

Click Here to upgrade to
Unlimited Pages and Expanded Features

bove violations, Showtime Entertainment has suffered and continues to suffer injury and damages.

## COUNT VI

32.  The provisions of the Mendon zoning bylaws prohibiting an adult entertainment establishment from operating prior to 4:30 p.m. on days when school is in session, do not meet a substantial governmental interest in violation of the First and Fourteenth Amendments to the United States Constitution, 42 U.S.C. §1983, art. 16 of the Declaration of Rights of the Massachusetts Constitution and G.L. c. 12 §11I.

33.  As a result of the above violations, Showtime Entertainment has suffered and continues to suffer injury and damages.

## COUNT VII

34.  The Mendon town bylaw banning the sale of alcoholic beverages in adult entertainment establishments violates art. 16 of the Declaration of Rights of the Massachusetts Constitution and G.L. c. 12 §11I.

35.  As a result of the above violations, Showtime Entertainment has suffered and continues to suffer injury and damages.

Your complimentary
use period has ended.
Thank you for using
PDF Complete.

Click Here to upgrade to
Unlimited Pages and Expanded Features

RELIEF REQUESTED

WHEREFORE, Showtime Entertainment requests that this Court:

A.  Issue declarations that:

   (1)   Section   5.01(f)   of   the   Mendon   Adult   Entertainment
         Overlay District zoning bylaws, which governs the grant
         of    a    special    permit    for    adult    entertainment
         establishments,   violates   the   First   and   Fourteenth
         Amendments to the United  States Constitution, 42 U.S.C.
         §1983,  art.  16  of  the  Declaration  of  Rights  of  the
         Massachusetts Constitution and G.L. c. 12 §11I.

   (2)   Section   5.01(g) of   the   Mendon   Adult   Entertainment
         Overlay District zoning bylaws, which governs  special
         permit     conditions     for     adult     entertainment
         establishments,   violates   the   First   and   Fourteenth
         Amendments to the United  States Constitution, 42 U.S.C.
         §1983, art. 16 of the    Declaration  of  Rights  of  the
         Massachusetts Constitution and G.L. c. 12 §11I.

   (3)   Section   5.01(i)(i)   of   the   Mendon   Adult   Entertainment
         Overlay District zoning bylaws, which limits the   size
         of adult entertainment buildings, violates    the First
         and   Fourteenth   Amendments   to   the   United   States
         Constitution,   42   U.S.C.   §1983,   art.   16   of   the
         Declaration of Rights of the Massachusetts Constitution
         and G.L. c. 12 §11I.

Your complimentary
use period has ended.
Thank you for using
PDF Complete.

Click Here to upgrade to
Unlimited Pages and Expanded Features

ii) of the Mendon Adult Entertainment Overlay District zoning bylaws, which restrict the height of adult entertainment buildings violates the First and Fourteenth Amendments to the United States Constitution, 42 U.S.C. §1983, art. 16 of the Declaration of Rights of the Massachusetts Constitution and G.L. c. 12 §11I.

(5)     Section 5.01 (i)(iv) of the Mendon Adult Entertainment Overlay District zoning bylaws which restricts the hours of operation of adult entertainment establishments, violates the First and Fourteenth Amendments to the United States Constitution, 42 U.S.C. §1983, art. 16 of the Declaration of Rights of the Massachusetts Constitution and G.L. c. 12 §11I.

(6)     The Town of Mendon bylaw banning the sale and use of alcoholic beverages in adult entertainment establishments violates art. 16 of the Declaration of Rights of the Massachusetts Constitution and G.L. c. 12 §11I.

B.  Award appropriate attorney's fees and costs.

C.  Grant such other relief as this court deems appropriate.

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

Respectfully submitted,
The plaintiff,
Showtime Entertainment LLC
By its attorneys,


Dated:  October ____, 2010

_____
Thomas Lesser, BBO No. 295000
lesser@lnn-law.com
Lesser, Newman & Nasser, LLP
39 Main Street
Northampton, MA 01060
(413)584-7331
(413)586-7076




_____
Lisa G. Kent, BBO656117
lkent@lnn-law.com
Lesser, Newman & Nasser, LLP
39 Main Street
Northampton, MA 01060
(413)584-7331
(413)586-7076


Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to
Unlimited Pages and Expanded Features

_____CATION OF COMPLAINT

I, George Funari state:

   1.   I am manager of Showtime Entertainment, LLC.

   2.   I have read the foregoing Complaint and know that the facts contained therein are true to the best of my knowledge, except as to any matter that is alleged "on information and belief;"

   3.   As to matters alleged to be true "on information and belief," I believe them to be true.

   4.   No material fact has been omitted from this Complaint.

Signed under the penalties of perjury and executed on this ___ day of October, 2010.


_____
George Funari