UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-40194-FDS

| | |
|---|---|
| SHOWTIME ENTERTAINMENT LLC, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>DAVID BREEN, MIKE AMMENDOLIA )<br>and LAWNEY TINIO, in their )<br>Capacity as the Board of )<br>Selectmen of the Town of )<br>Mendon and the Licensing )<br>Board of the Town of Mendon, )<br>and THE TOWN OF MENDON, )<br>      Defendants )<br>) | PLAINTIFF'S MOTION FOR<br>ATTORNEY FEES AND COSTS<br>INCURRED IN LITIGATING<br>COUNTS I & II OF ITS<br>COMPLAINT |

    Now comes the plaintiff, Showtime Entertainment LLC, ("Showtime"), and moves this Honorable Court, pursuant to F.R.Civ.P.54(d) and 42 U.S.C. § 1988, to award the plaintiff the reasonable attorney fees and costs incurred in litigating counts I and II of the plaintiff's complaint.

    The supporting documentation for the motion is set forth in the plaintiff's memorandum in support of the motion, with attachments, which is incorporated herein.

    Counsel for the plaintiff conferred with counsel for the defendants pursuant to Local Rule 7.1 in a good faith effort to resolve or narrow the issues. Counsel for the defendants indicated that the defendants would oppose the plaintiff's motion for fees.

As the prevailing party in the Court's grant of summary judgment on Counts I and II, the plaintiff requests that the motion be granted.

Respectfully submitted,
The plaintiff,
Showtime Entertainment LLC
By its attorneys,

Dated:  April 5, 2012         /s/ Thomas Lesser_____
                              Thomas Lesser, BBO No. 295000
                              lesser@lnn-law.com
                              Michael Aleo, BBO No. 672071
                              aleo@lnn-law.com
                              Lesser, Newman & Nasser, LLP
                              39 Main Street
                              Northampton, MA 01060
                              (413)584-7331


## CERTIFICATE OF SERVICE

I, Thomas Lesser, hereby certify that on the 5th day of April 2012, the foregoing document was filed electronically and will be served electronically on defendants' counsel of record: registered ECF participant Robert S. Mangiaratti, Esq., Murphy, Hesse, Toomey & Lehane, LLP, Crown Colony Plaza, 300 Crown Plaza Drive, Suite 410, P.O. Box 9126, Quincy MA 02169-9126 rmangiaratti@mhtl.com.

                              _/s/ Thomas Lesser___
                              Thomas Lesser