UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Showtime Entertainment, LLC
        Plaintiff(s)

v.                                             CIVIL ACTION NO. 10-40194-FDS

Town of Mendon, et al.,
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

Saylor, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**In accordance with the Memorandum and Order of March 22, 2012 (docket no. 63) Judgment for the Plaintiff on Counts I and II and in accordance with the Memorandum and Order of August 9, 2012 (docket no. 81) Judgment for the Defendant on Counts III-VII. Plaintiff is awarded $24, 404.56 in attorney fees and $350.00 in costs.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: August 23, 2012                By /s/ Craig J. Nicewicz
                                                               Deputy Clerk