# United States Court of Appeals
## For the First Circuit

No. 12-2121

SHOWTIME ENTERTAINMENT, LLC,

Plaintiff, Appellant,

v.

TOWN OF MENDON, ET AL.,

Defendants, Appellees.

Before

Howard, <u>Chief Judge</u>,
Torruella and Kayatta, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: July 10, 2015

      On October 8, 2014, we issued an opinion in this case which reversed the district court's grant of summary judgment in favor of Defendants Town of Mendon, et al. ("Mendon") as it related to Mendon's bylaws regarding the size, height, and operating hours of adult-entertainment businesses and instructed the district court to enter summary judgment in favor of Plaintiff Showtime Entertainment, LLC ("Showtime") on that ground. We retained jurisdiction over Showtime's challenge to Mendon's bylaws restricting adult entertainment occurring within establishments licensed to serve alcohol and certified that issue to the Massachusetts Supreme Judicial Court ("SJC"). Specifically, we asked the SJC:

> 1. Do the pre-enactment studies and other evidence considered by Mendon demonstrate a "countervailing State interest," <u>Cabaret Enters.</u>, 468 N.E.2d at 614, sufficient to justify Mendon's ban on alcohol service at adult-entertainment businesses?
>
> 2. If the ban is so justified, is it adequately tailored?

      On July 8, 2015, the SJC issued its opinion "answer[ing] the first reported question in the affirmative and the second in the negative."  Showtime Entm't, LLC v. Town of Mendon, -- N.E.3d ---, SJC-11770, 2015 WL 4094282, at *5 (Mass. July 8, 2015).  Specifically, it found that Mendon "utilized evidence sufficient to demonstrate a countervailing State interest" but that the alcohol restriction "cannot stand because it is substantially broader than necessary."  Id. at *4, *5.

      Given the guidance of the SJC, we reverse the district court's grant of summary judgment in favor of Mendon as it relates to the bylaws restricting adult entertainment occurring within establishments licensed to serve alcohol and remand to the district court for entry of summary judgment in favor of Showtime.

      SO ORDERED.

                By the Court:

                /s/ Margaret Carter, Clerk

cc:
Thomas Lesser
Brandon Moss
Robert Mangiaratti

Honorable F. Dennis Saylor, IV
Robert M. Farrell, Clerk