# United States Court of Appeals
## For the First Circuit

No. 12-2121

SHOWTIME ENTERTAINMENT, LLC

Plaintiff - Appellant

v.

TOWN OF MENDON; MIKE AMMENDOLIA, in his capacity as the Board of Selectman of the Town of Mendon and as member of the Licensing Board of the Town of Mendon; LAWNEY TINIO, in his capacity as the Board of Selectman of the town of Mendon and as member of the Liscensing Board of the Town of Mendon

Defendants - Appellees

**MANDATE**

Entered: August 3, 2015

In accordance with the judgment of July 10, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Thomas Lesser
Robert Sebastian Mangiaratti
Brandon Harris Moss