UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHOWTIME ENTERTAINMENT LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIKE AMMENDOLIA, in his official ) <br> capacity, LAWNEY TINIO, in his official ) <br> capacity, and the TOWN OF MENDON, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 10-40194-FDS |

ORDER ENTERING SUMMARY JUDGMENT
IN FAVOR OF PLAINTIFF

**SAYLOR, J.**

On October 8, 2014, the First Circuit issued an opinion that reversed this Court's grant of summary judgment in favor of Defendants as it related to Mendon's bylaws regulating the size, height, and operating hours of adult-entertainment businesses. The First Circuit opinion instructed this Court to enter summary judgment in favor of plaintiff on that ground. The First Circuit, however, retained jurisdiction over plaintiff's challenge as it related to Mendon's bylaws restricting adult entertainment occurring within establishments licensed to serve alcohol. In retaining jurisdiction over that issue, the First Circuit certified two questions to the Massachusetts Supreme Judicial Court. Those questions asked:

(1) Do the pre-enactment studies and other evidence considered by Mendon demonstrate a "countervailing State interest," *Cabaret Enters., Inc. v. Alcoholic Beverages*

*Comm'n*, 393 Mass. 13, 17 (1984), sufficient to justify Mendon's ban on alcohol service at adult-entertainment businesses?

(2) If the ban is so justified, is it adequately tailored?

On July 8, 2015, the SJC issued its opinion "answer[ing] the first reported question in the affirmative and the second in the negative." *Showtime Entm't, LLC v. Town of Mendon*, 2015 WL 4094282, at *5 (Mass. July 8, 2015). Specifically, the SJC found that Mendon "utilized evidence sufficient to demonstrate a countervailing State interest," but that the alcohol restriction "cannot stand because it is substantially broader than necessary." *Id.* at *4–5. On July 10, 2015, given that guidance, the First Circuit entered a judgment reversing this Court's grant of summary judgment in favor of Mendon as it related to the bylaws restricting adult entertainment occurring within establishments licensed to serve alcohol. The First Circuit remanded to this Court for entry of summary judgment in favor of plaintiff.

Accordingly, plaintiff's second, third, and fourth motions for summary judgment are GRANTED and defendants' cross-motion for summary judgment is DENIED.

**So Ordered.**

Dated:  November 2, 2015

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge