UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHOWTIME ENTERTAINMENT LLC, | ) | CIVIL ACTION NO. 10-40194-FDS |
| Plaintiff-Appellant | ) | |
| v. | ) | AFFIDAVIT OF THOMAS LESSER |
| TOWN OF MENDON, ET AL. | ) | |
| Defendants-Appellees | ) | |

I, Thomas Lesser, swear under the pains and penalties of perjury that the facts set forth in the plaintiff's Supplemental Motion for Attorney Fees, as well as in this affidavit, are accurate to the best of my knowledge.

1.   I am the lead attorney for the plaintiff Showtime Entertainment LLC ("Showtime") in the above-entitled matter.

2.   I have been assisted in this litigation by Michael Aleo, Esq.

3.   Since the First Circuit Court of Appeals remanded Showtime's fee petition to the District Court, I have expended and seek compensation for the following hours litigating the fee request:

| February 8, 2016 | Participate in status conference by telephone | 0.2 |
| March 9, 2016 | Prepare for oral argument at fee petition hearing; | 1.6 |
| March 10, 2016 | Prepare for oral argument at fee petition hearing | 2.3 |

4

Travel to and appearance
at hearing on the
plaintiff's fee petition

5.5

**Total**   **9.6**

4.    I have not requested compensation for the time spent preparing this supplemental request and affidavit.

5.    I am not seeking compensation for the time that my associate, attorney Michael Aleo, spent assisting me with this matter.

6.    On March 10, 2016, I incurred parking expenses in the amount of $36.00. A copy of the receipt is attached.

DATED:     March 16, 2016                    /s/ *Thomas Lesser*
                                            _____
                                            Thomas Lesser

CERTIFICATE OF SERVICE

I, Thomas Lesser, hereby certify that on March 16, 2016, the foregoing document was filed electronically and will be served electronically on defendants' counsel of record:  registered ECF participant Robert S. Mangiaratti, Esq., Murphy, Hesse, Toomey & Lehane, LLP, Crown Colony Plaza, 300 Crown Plaza Drive, Suite 410, P.O. Box 9126, Quincy MA 02169-9126 rmangiaratti@mhtl.com.

/s/ *Thomas Lesser*

```
                    One Marina Park Drive Garage
                       One Marina Park Drive
                         Boston MA 02210

      Pay Station Number:
      Entered:                                          1
                                                03/10/2016
                                                     15:02
      Exited:
                                                03/10/2016
      Ticket Number:                                 16:46
      Transaction Number:                            12321
      Rate:                                           6889
      Parking Fee:                                       A
      Total Tax:                                    $36.00
                                                     $0.00
      ─────────────────────────────────────────────────────
      Total Fee:
      Fee Paid:                                     $36.00
      Visa                                          $36.00
      XXXXXXXXXXXX5996
      Approval Number:
                                                    01312C

            Thank you for your visit
              Please come again!
```